IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

LACKAWANNA CHIROPRACTIC P.C.,
a New York Professional Corporation, individually
and on behalf of all others similarly situated,

                                        CASE NO. 1:17-cv-00138

      Plaintiff,

v.

FIRST AMERICAN MEDIA GROUP, INC.,
a Nevada Corporation,

      Defendant.
_____/

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Lackawanna Chiropractic P.C., individually, by and through undersigned counsel, hereby advise the Court that an agreement has been reached, and therefore Plaintiff Lackawanna Chiropractic P.C. dismisses all claims asserted individually in this civil action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The class claims are dismissed without prejudice. The parties are to bear their own respective attorneys' fees and costs.

///

///

///

///

Dated: March 31, 2017

        Respectfully submitted,

        By: <u>/s/Stefan Coleman</u>
        Law Offices of Stefan Coleman
        5 Penn Plaza, 23rd floor
        New York, New York 10001
        Telephone: 877.333.9427
        Facsimile: 888.498.8946
        law@stefancoleman.com

## CERTIFICATE OF SERVICE

I, Stefan Coleman, an attorney, hereby certify that on March 31, 2017, I served the above and foregoing *Voluntary Dismissal with Prejudice*, by causing a true and accurate copy of such paper to be filed and transmitted to counsel of record via the Court's CM/ECF electronic filing system.